UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREG SELLARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:05-CV-1182-B |
| | § | ECF |
| SUN MEDICAL INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is a Joint Motion to Extend Deadline to Amend Pleadings (doc. 13), filed January 10, 2006. After review of the pleadings, the Court **DENIES** the Motion.

SO ORDERED.

SIGNED January   12th  , 2006

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE