UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREG SELLARDS, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:05-CV-1182-B |
| | § | ECF |
| SUN MEDICAL INC., et al., | § | |
| | § | |
|    Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion for Leave to File Amended Pleading (doc. 17), filed February 6, 2006. After review of the pleadings, the Court **GRANTS** Defendants' Motion. Defendants must electronically file their First Amended Answer and Counterclaims within **three (3) days** of this Order.

   SO ORDERED.

   SIGNED February  7th , 2006

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE